UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 09-10098 |
| ) | |
| **LARRY M. NOBLIN,** ) | |
| ) | |
| **Defendant.** ) | |

## O R D E R

The matter now before the Court is Larry M. Noblin's ("Defendant" or "Noblin") Motion to Amend Judgment and Commitment Order (ECF No. 19). For the reasons stated herein, the Motion is GRANTED.

## DISCUSSION

On September 15, 2009, Noblin was indicted for the offense of Possession of a Firearm by a Felon. On October 13, 2009, he appeared before the Magistrate Judge on a Writ of Habeas Corpus Ad Prosequendum from state custody. He entered a plea of not guilty and elected to return to state custody. On November 23, 2010, Noblin surrendered to the custody of the U.S. Marshal. He was thereafter sentenced to 180 months of imprisonment on September 10, 2010.

The earliest date a sentence can begin is the date it is imposed. 18 U.S.C. § 3585(a); *see also United States v. Hill*, 48 F.3d 228, 234 (7th Cir. 1995) (stating the responsibility for deciding when the sentence begins remains with the Attorney General); *United States v. Gonzalez*, 192 F.3d 350, 353 (2d Cir. 1999) (stating that by attempting to "backdate" the beginning of defendant's sentence to the date of his state arrest, the district court exceeded its authority).

Therefore, because Noblin was in state custody until November 23, 2009, his federal sentence would not have started until that date. The government does not object to an amended sentencing order which makes the federal sentence of 180 months of imprisonment concurrent, in part, with his state sentence commencing on November 23, 2009. (ECF No. 20 at 2).

## CONCLUSION

For the reasons set forth herein, Defendant's Motion to Amend Judgment and Commitment Order (ECF No. 19) is GRANTED. The Court grants an amended sentencing order which makes the federal sentence of 180 months of imprisonment concurrent, in part, with Noblin's state sentence commencing on November 23, 2009.

ENTERED this 27th day of January, 2014.

_____/s/ Michael M. Mihm_____
Michael M. Mihm
United States District Judge